# EXHIBIT A

1

2     **UNITED STATES DISTRICT COURT**
      **SOUTHERN DISTRICT OF TEXAS**
3          **HOUSTON DIVISION**

4     THE NATIONAL SHIPPING        *    4:19-CV-01096
      COMPANY OF SAUDI ARABIA      *
5                                  *
      V.                           *    10:32 A.M. to 10:48 A.M.
6                                  *
      VALERO MARKETING AND         *
7     SUPPLY COMPANY               *    AUGUST 15, 2019

8          **HEARING ON PRE-MOTION CONFERENCE**
      **BEFORE THE HONORABLE CHIEF JUSTICE LEE H. ROSENTHAL**
9               **Volume 1 of 1 Volume**

10    **APPEARANCES**

11    **FOR THE NATIONAL SHIPPING COMPANY OF SAUDI ARABIA:**
      Mr. Eugene Wade Barr
12    Royston Rayzor
      1600 Smith Street
13    Suite 5000
      Houston, Texas 77002
14    (713) 224-8380

15    **FOR VALERO MARKETING AND SUPPLY COMPANY:**
      Mr. Jeremy Alan Herschaft
16    Blank Rome, LLP
      717 Texas Avenue
17    Suite 1400
      Houston, Texas 77002
18    (713) 632-8653

19    **FOR TRAFIGURA TRADING, LLC:**
      Mr. Curtis R. Waldo
20    Reed Smith LLP
      811 Main Street
21    Suite 1700
      Houston, Texas 77002
22    (713) 469-3837

23

24

25

*Laura Wells, CRR, RDR*

1      MR. HERSCHAFT:  On the basis that they are

2  tendered for all purposes and still before this Court.

3      THE COURT:  Even if they are no longer a

4  third-party defendant at the time of any formal tender?

10:44:11  5      MR. HERSCHAFT:  Just to briefly finish my

6  sentence, Judge.

7      THE COURT:  Sure.

8      MR. HERSCHAFT:  They are tendered directly to the

9  plaintiff NSCSA, in this instance; and we believe that

10:44:20  10  means they are still here for all purposes with respect to

11  the original plaintiff.

12      THE COURT:  Then that makes the contract -- the

13  forum selection clause a negatory.  It makes it

14  ineffective.  I'm a little unclear.  Do you have a case

10:44:31  15  that says what you have just described?

16      MR. HERSCHAFT:  We can provide the Court with

17  cases.

18      THE COURT:  All right.  Both of you look at cases

19  and if that is an issue -- if there is no opposition to

10:44:41  20  the transfer dismissal, based on the forum selection and

21  arbitration contracts, then include just the cases, the

22  citations on the Rule 14 applicability in light of

23  transfer/dismissal.  Okay?

24      MR. HERSCHAFT:  Understood, Judge.

10:45:02  25      THE COURT:  Good.  That's all I need.  I don't

*Laura Wells, CRR, RDR*

1  want argument, just the best cases for your respective

2  positions.

3       MR. HERSCHAFT:  And just to -- just to close my

4  position on that, Judge.  Again, we would look at 14(c)

10:45:11  5  and say that discreet issue of --

6       THE COURT:  It's pretty discreet.  It doesn't

7  come up a lot.

8       MR. HERSCHAFT:  Right.  And, admittedly, in

9  15 years I have not had it come up.  But that point that

10:45:22  10  there is no exception that says but 14(c) but if you are

11  dealing with the very arcane issue of forum selection

12  clauses or --

13       THE COURT:  Arcane?  This is much more common

14  than Rule 14(c).

10:45:36  15       MR. HERSCHAFT:  Well, the forum selection clause

16  in the light of combining it or conjoining it is.

17       THE COURT:  That's arcane.  I'll grant you that.

18       MR. HERSCHAFT:  That's our position, Judge.

19       THE COURT:  At least unusual.

10:45:47  20       MR. WALDO:  Just to make sure I understand.  If

21  Valero does represent that it will oppose our motions --

22       THE COURT:  That it does not oppose.  If Valero

23  does not oppose your motion to transfer or dismiss based

24  on the forum selection and arbitration contracts, then the

10:46:04  25  14(c) issue has to be dealt with.

```
1              THE COURT:  All right.  Thank you very much.
2         (Proceedings concluded at 10:48 a.m.)
3    Date: August 20, 2019
4                   COURT REPORTER'S CERTIFICATE
5         I, Laura Wells, certify that the foregoing is a
6    correct transcript from the record of proceedings in the
7    above-entitled matter.
8
9                        _____/s/ Laura Wells_____
10                       Laura Wells, CRR, RMR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```